STATE, *ex rel.* GEORGE C. BEDELL and CHESTER C. BEDELL, as co-partners under the firm name and style of Bedell & Bedell, v. JAMES H. FRANKLIN, JAMES E. BEARDSLEY, GEORGE A. CHALKER, E. R. McNEILL, H. L. LYONS, as and constituting the Board of Commissioners of Everglades Drainage District, and the said EVERGLADES DRAINAGE DISTRICT, a body corporate.

184 So. 238.

Opinion Filed October 31, 1938.

*Carl T. Hoffman* and *L. L. Robinson,* for Relators;

*Fred H. Kent,* for Respondents;

*Watson & Pasco & Brown,* as *Amici Curiae.*

PER CURIAM.—The alternative writ of mandamus issued herein is quashed on the authority of State, *ex rel.* J. E. D. Yonge, *et al,* Relators, v. Franklin, *et al.,* Respondents, filed herewith.

It is so ordered.

WHITFIELD, TERRELL, BROWN, BUFORD and CHAPMAN, J. J., concur.